[Civ. No. 4814. Third Appellate District.—November 17, 1932.]

FARMERS AUTOMOBILE INTER–INSURANCE EX-CHANGE (a Corporation), Petitioner, v. THE SUPE-RIOR COURT OF SACRAMENTO COUNTY et al., Respondents.

Humphrey, Searls, Doyle & MacMillan, Butler Van Dyke, Desmond & Harris and Thomas B. Leeper for Petitioner.

A. B. Reynolds, Ralph H. Lewis and George E. McCutchen for Respondents.

THOMPSON (R. L.), J.— This petition for a writ of prohibition involves the same issues which are presented in a petition for writ of *supersedeas* entitled *Field* v. *Hughes,* (Cal. App.) 16 Pac. (2d) 160, in which an opinion of this court was this day filed. It therefore becomes unnecessary to pass upon this petition for a writ of prohibition.

The petition is therefore dismissed.

Pullen, P. J., and Plummer, J., concurred.